**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Thomas Wayne Florence v. The State of Texas

Appellate case number:   01-11-00822-CR

Trial court case number: 10CR1217

Trial court:             56th District Court of Galveston County

Date motion filed:       February 4, 2013

Party filing motion:     Appellant Thomas Wayne Florence

      It is ordered that the motion for rehearing is **denied**.  The Clerk of this Court is ordered to send copies of this Court's orders referenced in the January 25, 2013 order to appellant.

Judge's signature: /s/ Evelyn V. Keyes

Panel Consists of: _____

Date: February 20, 2013